# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Bryan Bustos

Defendant

) Case: 1:21-mj-00617
) Assigned to: Judge Meriweather, Robin M.
) Assign Date: 9/29/2021
) Description: COMPLAINT W/ ARREST WARRANT
)
)

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Bryan Bustos,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 09/29/2021

2021.09.29
18:06:42 -04'00'
*Issuing officer's signature*

City and state:     Washington, D.C.          Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 9/29/2021, and the person was arrested on *(date)* 11/17/2021
at *(city and state)* Long Beach, CA.

Date: 11/17/2021

*Arresting officer's signature*

Special Agent Justin Smet
*Printed name and title*