**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | **No. 1:22-cr-16-CJN** |
| | : | |
| **BRYAN BUSTOS & ALEXIS BUSTOS,** | : | |
| **Defendant.** | : | |

**CONSENT MOTION TO VACATE THE STATUS HEARING
SCHEDULED FOR OCTOBER 7, 2022, AND REQUEST TO
SCHEDULE A PLEA HEARING DATE**

COMES NOW, Defendants Bryan Bustos and Alexis Bustois, by and through

counsel, and respectfully request the entry of an order vacating the status hearing

for October 7, 2022. Furthermore, the parties request the scheduling of a plea

hearing date, convenient to the Court and to the parties.  A grounds the following is

stated.

1.      This motion is consented to by Assistant U.S. Attorney Thomas D.

Campbell and by Attorney Joseph R. Conte.

2.      The Court has scheduled a status hearing for October 7, 2022, at 1:00

p.m.

3.      Defendant Bryan Bustos has accepted the government's plea offer and

he has executed the acceptance pages for both the plea letter and the statement of

offense.

4.      Defendant Alexis Bustos has informed his attorney, Joseph R. Conte,

that he is accepting the government's plea offer but he has not yet executed the

1

acceptance pages for both the plea letter and the statement of offense. Mr. Conte indicates his client will execute the aforementioned paperwork in the near future.

5.      For these reasons and such other reasons which may appear just and proper, the parties are requesting the Court to vacate the October 7, 2002, status hearing and, furthermore, to schedule a (joint) plea hearing after the parties consult with the Courtroom Deputy and/or Chambers as to a "good date" for the Court and for the parties.

Respectfully Submitted,

_____
Allen H. Orenberg, # 395519
The Orenberg Law Firm, P.C.
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854
Tel. No. 301-984-8005
Cell Phone No. 301-807-3847
Fax No. 301-984-8008
aorenberg@orenberglaw.com

Dated: October 6, 2022