IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| **v.** : | No. 1:22-cr-16-CJN |
| : | |
| **BRYAN BUSTOS & ALEXIS BUSTOS,** : | |
| **Defendant.** : | |

**O R D E R**

This matter is before the court on the Consent Motion of the parties to vacate the October 7, 2020 status hearing and to schedule a plea hearing date. It appearing that good cause is shown, it is this _____ day of October, 2022, ORDERED that the motion should be and hereby is GRANTED, and it is, FURTHER ORDERED the status hearing scheduled for October 7, 2022 (1:00 p.m.) Is VACATED, and it is FURTHER ORDERED the parties shall consult with the Court Room Deputy and/or Chambers as top the selection of a date/time for a plea hearing as to both defendants.

SO ORDERED.

_____
Judge, United States District Court
For the District of Columbia